IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR # 76894 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES HEIMGARTNER, *et al.*, )<br>)<br>Defendants. ) | Case No. 17-CV-3139-SAC |

## REPORT OF "AARON V. MARTINEZ" INVESTIGATION

### Overview

Plaintiff DERON MCCOY JR #76894, is an inmate in the custody of the Kansas Department of Corrections who was housed at the El Dorado Correctional Facility (EDCF) at all relevant times related to the claims stated in the Petition. Plaintiff's claims have been screened by the court. This report will focus upon the incidents and available documentation that may assist the court when further considering the merits of his claims which appear to allege violations of his Fourth (4th) and Eighth (8th) Amendment rights.

### Statement of Facts

The relevant facts are listed below.

1. Plaintiff is lawfully in the custody of the Secretary of Corrections. He is currently housed at El Dorado Correctional Facility. (Exhibit A-KASPER report for inmate McCoy, Deron # 79894)

2. Plaintiff was scheduled to be picked up by the Reno County Sheriff from EDCF on October 27, 2016 for transport to Reno County for a re-sentencing hearing. (Exhibit B- Order To Transport)

1

3. At the time of the incident, Plaintiff was living in B cell house. B cell house is a restricted housing unit. Offenders housed there are required to be strip searched at the controlled entry and exit points. Plaintiff was strip searched upon leaving B cell house according to procedure. (Exhibit C-B Cell House Post Order's, pgs. C-5, C-6, C-7)

4. Plaintiff was then moved to A&D to await pickup, where he was placed in one of the strip search cells. The Plaintiff was strip searched in A&D again, pursuant to procedure, since he was leaving the facility. He was placed in an orange jumpsuit and held in a single cell until the Sheriff's Department arrived. (Exhibit F -Admissions and Discharge Security Staff Post Order, pg.F-4, F-5)

5. During the search that occurred in A&D, Plaintiff did not fully or correctly cooperate with directives given pursuant to policy to effectuate said strip search. While directing the strip out procedure SST Goad gave the Plaintiff three (3) orders to bend over at the waste, spread his buttocks, fully squat to the floor and cough to make a complete strip search. The Plaintiff refused to give a full squat by barely bending his knees. At some point during SST Goad's strip search, the Plaintiff called over COI Patterson. Patterson and SST Goad again found Plaintiff's efforts to be insufficient. Plaintiff alleges that COI Patterson said "Come on, you can drop it further than that" during the course of the strip search. Plaintiff believes that this was a sexual innuendo referring to the rap song by Snoop Dogg's "Drop it like it hot" which is disputed. As a result of Plaintiff's perceived refusal to correctly complete the search, Plaintiff received a Disciplinary Report (DR) for 44-12-304 Disobeying Orders and 44-12-320a Interfering with Official Duties. (Exhibit E-Disciplinary Report, pg. E-1, E-17, Exhibit G-Grievance, pgs.G-3-G-7)

6. Finally, SST Carrell conducted another attempt to complete the strip search was required to be successfully completed prior to Plaintiff's departure from the facility. SST Carrell found that Plaintiff complied properly in this instance, and this strip search was acceptable. (Exhibit E-Disciplinary Report, pg. E-14)

7. Medical records show that on after returning for his court date the Plaintiff saw medical numerous time and made no complaint of a back injury from October 27, 2016. Plaintiff was given a physical exam on November 11, 2016, the medical provider found that the Plaintiff was within normal limits of body moment. Show no signs of radiations of pain in back or lower extremities Plaintiff made claims to having difficulty cuffing up with regular cuffs. Medical staff did not recommend extra link cuffs, due to the fact we do not make recommend for "comfort". The medical records do not reflect any order for movement restrictions excusing Plaintiff from strip searches. (Exhibit I-Medical Records, pg. I-240)

8. Plaintiff medical records indicate that he has had ongoing mental health issues, Major Depressive Affective Disorder, Antisocial Personality Disorder  Plaintiff had be given education on self-care, symptoms to report and when to follow-up care (Exhibit I-Medical Records)

9. EDCF's EAI (Apprehension and Investigation Unit) also conducted a PREA investigation in this matter. Based on a review of the reports, interviews and documentation submitted regarding this matter the PREA allegation was determined to be unfounded. (Exhibit H PREA Log, pg. H-1)

10. Strip searches are conducted by staff who are the same gender as offender, in accordance with KDOC policy. The offender is disrobed. Then correctional staff conducting the search visually inspect the offender's entire body with special attention paid to the head, hair, mouth, torso,

3

pelvic area, legs, arms, and armpits, feet and hands, ears, neck, and nasal passages. The offender is required to their spread legs, bend over, spread their buttocks, squat, cough, open their mouths and move their tongues, and raise their arms, genitals, and breasts, as applicable, during the visual inspection. (Exhibit D-IMPP 12-103D Security and Control, pg. D-4, D-5)

**LIST OF ATTACHED EXHIBITS**

    A. KASPER report Deron McCoy # 76894

    B. Order To Transport

    C. B Cell House Post Orders Filed Underseal

    D. IMPP 12-103D Security and Control

    E. Disciplinary Report

    F. Admissions & Discharge Security Staff Post Orders Filed Underseal

    G. Grievance

    H. PREA Log Filed Underseal

    I. Medical Records Filed Underseal

**Summary and Conclusion**

A routine strip search was conducted upon Plaintiff's transport from the facility and in accordance with KDOC policy. Plaintiff's medical records reflect a back injury that predates the allegations in his petition, and nothing in the medical record supports the assertion of an new injury, or exacerbation of an existing injury that related to the search conducted and at issue in this case.

Respectfully submitted,
/s/ Joni Cole
Joni Cole, KBN 24798
1737 SE HWY 54
El Dorado, KS 67042
Tel: 316.322.2007
Joni.Cole@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 27th of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Attorney General's Office
Attn: Dennis Depew
120 S.W. 10th Ave.
Topeka, Kansas 66612-1597

Linden Appel
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, Kansas 66603

With a hard copy intra-facility to:

Deron McCoy #76894
El Dorado Correctional Facility
PO Box 311
El Dorado, Kansas 67042

/s/ Joni Cole

5