# Exhibit A




**KASPER INTERNAL KDOC - OFFENDER POPULATION SEARCH**
Kansas Adult Supervised Population Electronic Repository
Kansas Criminal Justice Information System
OFFENDERS SHALL NOT BE ARRESTED SOLELY ON THE BASIS OF INFORMATION DISPLAYED ON THIS SITE

Offender Search   Parole Absconders   You are logged in as christina.taylor@doc.kscjis.gov   Log out
Community Correction Absconders   **MCCOY, DERON JR**

(KDOC# 0076894)   **This information is current as of: Mar 13 2018 5:00AM**

## Names

| Name Type | Name |
|---|---|
| Conviction | MCCOY, DERON JR |
| True | MCCOY, DERON JR |
| Alias | MCCOY, DERRON |

## Identification

| KDOC # | SID Num | FBI Num |
|---|---|---|
| 0076894 | 768502 | 101580PB9 |

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Mar 02, 1983 | 35 |



**MCCOY, DERON JR**
Approx Picture Date
2015-04-29



**MCCOY, DERON JR**
Approx Picture Date
2015-04-29

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 6'-0" | 187 | Male | Black |

## Current Status reported by Dept. of Corrections

Work or Program Participation Working in a job
Earliest Possible Release Date (1) Oct 29, 2035
Current Status Incarcerated
Admission Date Mar 06, 2012
Current Location (2) **El Dorado CF-Central**
Custody Level Maximum
(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

Offender Documents

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 01CR266 | Aug 14, 2000 | Oct 18, 2001 | N/A | Aggravated Assault | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Sedgwick | 01CR266 | Aug 14, 2000 | Oct 18, 2001 | N/A | Aggravated Battery - | 1 | | Inactive | KS |

A-1

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Intentional, Bodily Harm |  | Non Drug-Grid Severity Level 7 |  |  |
| Reno | 07CR629 | Jul 06, 2007 | Jun 27, 2008 | N/A | Obstructing Legal Process | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Sedgwick | 09CR3132 | Jul 30, 2009 | Aug 08, 2012 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 4 | Active | KS |
| Sedgwick | 09CR3132 | Jul 30, 2009 | Aug 08, 2012 | N/A | Poss of depress, des stim, halluc or sel subst;1st | 1 | Class A Misdemeanor | Active | KS |
| Sedgwick | 02CR2192 | Jun 14, 2002 | Jan 30, 2003 | N/A | Aggravated Escape From Custody - held on Felony | 1 | Non Drug-Grid Severity Level 8 | Inactive | KS |
| Reno | 11CR178 | Mar 11, 2011 | Oct 28, 2016 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 4 | Active | KS |
| Reno | 11CR178 | Mar 11, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | Solicited | Perjury; False Statement Not Felony | 1 | Non Drug-Grid Severity Level 10 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Agg. Endangering a Child | 1 | Non Drug-Grid Severity Level 9 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault | 1 | Non Drug-Grid Severity Level 7 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 4 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Criminal Possession Firearm;BarLT12", 5yr Felon | 1 | Non Drug-Grid Severity Level 8 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Kidnapping | 1 | Non Drug-Grid Severity Level 3 | Active | KS |

A-2

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 02CR911 | Sep 20, 2002 | Nov 14, 2003 | N/A | Obstructing Legal Process | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Reno | 02CR911 | Sep 20, 2002 | Nov 14, 2003 | N/A | Battery | 1 | Class B Misdemeanor | Inactive | KS |

(I) If Number includes JV : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Jan 29, 2018 | Inter-Facility Movement |
| Hutchinson CF-Central | Mar 22, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Nov 01, 2016 | Returned From Court Appearance |
| Reno County | Oct 27, 2016 | Released For Court Appearance |
| El Dorado CF-Central | Jul 27, 2016 | Returned From Court Appearance |
| Reno County | Jul 20, 2016 | Released For Court Appearance |
| El Dorado CF-Central | Jun 16, 2016 | Inter-Facility Movement |
| Lansing CF-Central | Nov 15, 2012 | Returned From Court Appearance |
| Reno County | Oct 30, 2012 | Released For Court Appearance |
| Lansing CF-Central | Oct 02, 2012 | Inter-Facility Movement |
| El Dorado CF-RDU | Aug 09, 2012 | Returned From Court Appearance |
| Sedgwick County | Apr 11, 2012 | Released For Court Appearance |
| El Dorado CF-RDU | Apr 09, 2012 | Returned From Court Appearance |
| Reno County | Apr 05, 2012 | Released For Court Appearance |
| El Dorado CF-RDU | Mar 06, 2012 | New Court Commitment |
| Unknown or N/A | Jul 27, 2010 | Expiration Of Sentence |
| Hutchinson CF-Central | May 27, 2010 | Parole Viol. No New Sentence |
| Reno County | Apr 22, 2010 | DOC Warrant Issued |
| Reno County | Apr 22, 2010 | DOC Warrant Issued |
| Unknown or N/A | Feb 25, 2010 | Absconded |
| Sedgwick County | Jan 11, 2010 | Intra-parole/CR |
| Reno County | Jan 05, 2010 | Intra-parole/CR |
| Reno County | Jan 05, 2010 | DOC War. Wthdrwn Supervsn I/S |
| Reno County | Dec 23, 2009 | DOC Warrant Issued |
| Reno County | Dec 17, 2009 | Intra-parole/CR |

A-3

https://kdocrepository.doc.ks.gov/kasper/search/results        3/13/2018

| Location | Movement Date | Movement Reason |
|---|---|---|
| Reno County | Nov 03, 2009 | Intra-parole/CR |
| Sedgwick County | Nov 03, 2009 | DOC War. Wthdrwn Supervsn I/S |
| Reno County | Oct 27, 2009 | DOC Warrant Issued |
| Unknown or N/A | Aug 06, 2009 | Absconded |
| Sedgwick County | Aug 05, 2009 | Intra-parole/CR |
| Sedgwick County | Aug 05, 2009 | DOC War. Wthdrwn Supervsn I/S |
| Sedgwick County | Jul 30, 2009 | DOC Warrant Issued |
| Sedgwick County | Jul 30, 2009 | Intra-parole/CR |
| Sedgwick County | Jun 15, 2009 | In-State Post Release |
| Lansing CF-Central | Sep 18, 2008 | Inter-Facility Movement |
| El Dorado CF-RDU | Aug 06, 2008 | New Court Commitment |
| Unknown or N/A | Jun 14, 2008 | Expiration Of Sentence |
| Reno County | Jun 14, 2008 | Intra-parole/CR |
| Reno County | Jun 14, 2008 | DOC War. Wthdrwn Supervsn I/S |
| Reno County | Apr 25, 2008 | DOC Warrant Issued |
| Unknown or N/A | Apr 17, 2008 | Absconded |
| Sedgwick County | Mar 29, 2008 | Det. Par/CR Rtnd KS Supervsn |
| Reno County | Mar 18, 2008 | Paroled To Detainer |
| El Dorado CF-Central | Nov 13, 2007 | Returned From Court Appearance |
| Reno County | Oct 25, 2007 | Released For Court Appearance |
| El Dorado CF-Central | Sep 27, 2007 | Inter-Facility Movement |
| El Dorado CF-RDU | Aug 20, 2007 | Returned From Court Appearance |
| Reno County | Aug 20, 2007 | Released For Court Appearance |
| El Dorado CF-RDU | Aug 13, 2007 | Parole Viol. No New Sentence |
| Reno County | Jul 23, 2007 | DOC Warrant Issued |
| Reno County | Jul 06, 2007 | DOC Warrant Issued |
| Reno County | Jul 06, 2007 | DOC Warrant Issued |
| Sedgwick County | May 04, 2007 | In-State Post Release |
| Lansing CF-Central | Nov 18, 2003 | Returned From Court Appearance |
| Reno County | Nov 13, 2003 | Released For Court Appearance |
| Lansing CF-Central | Oct 02, 2003 | Returned From Court Appearance |
| Reno County | Sep 25, 2003 | Released For Court Appearance |
| Lansing CF-Central | Sep 16, 2003 | Returned From Court Appearance |
| Reno County | Sep 09, 2003 | Released For Court Appearance |
| Hutchinson CF-Central | Sep 09, 2003 | Inter-Facility Movement |
| Lansing CF-Central | Aug 26, 2003 | Inter-Facility Movement |
| Norton CF-Central | Aug 12, 2003 | Returned From Court Appearance |
| Reno County | Aug 07, 2003 | Released For Court Appearance |
| Norton CF-Central | Jun 24, 2003 | Returned From Court Appearance |
| Reno County | Jun 10, 2003 | Released For Court Appearance |
| Norton CF-Central | May 06, 2003 | Inter-Facility Movement |

A-4

| Location | Movement Date | Movement Reason |
|---|---|---|
| Ellsworth CF | Apr 22, 2003 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 18, 2003 | Probation Viol. New Sentence |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Feb 25, 2017 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Apr 15, 2016 | 1 | Lansing Correctional Facility - Central | Fighting |
| Apr 09, 2016 | 1 | Lansing Correctional Facility - Central | Misusing Meds |
| Apr 09, 2016 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Apr 09, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 09, 2016 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Apr 02, 2016 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Apr 02, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 02, 2016 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Jan 21, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jan 21, 2016 | 1 | Lansing Correctional Facility - Central | Battery |
| Jan 21, 2016 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Dec 25, 2015 | 1 | Lansing Correctional Facility - Central | Battery |
| Nov 29, 2015 | 1 | Lansing Correctional Facility - Central | Misusing Meds |
| Aug 02, 2015 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 02, 2015 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Jun 16, 2015 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 30, 2015 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 28, 2014 | 1 | Lansing Correctional Facility - Central | Fighting |
| Aug 28, 2014 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 04, 2014 | 3 | Lansing Correctional Facility - Central | Answering Calls or Passes |
| Mar 09, 2013 | 1 | Lansing Correctional Facility - Central | Battery |
| Jan 27, 2013 | 1 | Lansing Correctional Facility - Central | Use of Stimulants |
| Jan 27, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 27, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jun 05, 2010 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Jun 05, 2010 | 2 | Hutchinson Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Jun 05, 2010 | 2 | Hutchinson Correctional Fac. - Central | Lying |
| Mar 25, 2009 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Mar 16, 2009 | 1 | Lansing Correctional Facility - Central | Use of Stimulants |
| Mar 11, 2009 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Feb 25, 2009 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Jan 29, 2009 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 21, 2008 | 1 | Lansing Correctional Facility - Central | Lewd Acts |
| Dec 21, 2008 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 20, 2008 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |

Case 5:17-cv-03139-JWB-KGS   Document 19-1   Filed 03/27/18   Page 6 of 7

Kansas Department of Corrections                                                           Page 6 of 7

| Date | Class | Location | Type of report |
|---|---|---|---|
| Dec 07, 2008 | 1 | Lansing Correctional Facility - Central | Fighting |
| Aug 11, 2008 | 2 | El Dorado Correctional Fac. - RDU | Unauthorized Dealing or Trade |
| Dec 24, 2007 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Apr 08, 2007 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Mar 26, 2007 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Jan 22, 2007 | 3 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Sep 07, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 07, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| May 24, 2006 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| May 24, 2006 | 2 | Lansing Correctional Facility - Central | Tatoos and Body Markings |
| May 24, 2006 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 19, 2006 | 2 | Lansing Correctional Facility - Central | Falsifying Documents |
| Mar 21, 2006 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Mar 21, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Jan 26, 2006 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jan 07, 2006 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Jul 20, 2005 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Jul 14, 2005 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Jun 23, 2005 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Jun 21, 2005 | 1 | Lansing Correctional Facility - Central | Inmate Activity; Limitations |
| Jun 21, 2005 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| May 25, 2005 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| May 13, 2005 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Apr 21, 2005 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Apr 21, 2005 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Mar 01, 2005 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Mar 01, 2005 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Feb 26, 2005 | 1 | Lansing Correctional Facility - Central | Undue Familiarity |
| Feb 24, 2005 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 03, 2005 | 1 | Lansing Correctional Facility - Central | Theft |
| Jan 27, 2005 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 31, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 31, 2004 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 07, 2004 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Oct 30, 2004 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Oct 30, 2004 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Oct 30, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |

A-6

| Date | Class | Location | Type of report |
|---|---|---|---|
| Sep 16, 2004 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 02, 2004 | 2 | Lansing Correctional Facility - Central | Misconduct in Dining Room |
| Apr 28, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 28, 2004 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| Mar 21, 2004 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Mar 21, 2004 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Jan 09, 2004 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Jan 09, 2004 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Dec 23, 2003 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Sep 08, 2003 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 08, 2003 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Aug 18, 2003 | 1 | Norton Correctional Facility - Central | Fighting |
| Jul 11, 2003 | 2 | Norton Correctional Facility - Central | Unauthorized Dealing or Trade |
| Jun 30, 2003 | 2 | Norton Correctional Facility - Central | Work Performance |
| Apr 27, 2003 | 3 | Ellsworth Correctional Facility | Restr Area/Unauthor Presence |

Main Site: **Kansas Department of Corrections**