ELECTRONICALLY FILED
2016 Oct 14 AM 8:53
CLERK OF THE RENO COUNTY DISTRICT COURT
CASE NUMBER: 2011-CR-000178



Court:        Reno County District Court

Case Number:  2011-CR-000178

Case Title:   State of Kansas vs. Deron McCoy Jr

Type:         Order to Transport Defendant on 10/28/2016 at 1:30 PM

SO ORDERED.

/s/ Honorable Timothy Chambers, District Court Judge

Electronically signed on 2016-10-14 08:52:53   page 1 of 2

Certificate of Clerk of the District Court. The above is a true and correct copy of the original instrument filed on the _14_ day of _October_ 2016, and recorded in this court of the 27th Judicial District, Reno County, KS, done this _14_ day of _October_, 20_16_.
Pam Moses, Clerk of the District Court
By _____ Deputy



IN THE DISTRICT COURT OF RENO COUNTY, KANSAS

| | |
|---|---|
| STATE OF KANSAS ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.: 2011-CR-000178 |
| ) | DIVISION II |
| DERON MCCOY JR ) | |
| Defendant. ) | |

## ORDER TO TRANSPORT

NOW ON THIS 14th day of October, 2016, it is the Order of this Court that the Sheriff of Reno County, Kansas, shall transport the Defendant, DERON MCCOY JR, from the Department of Corrections to the Reno County District Court, DIVISION II, on **OCTOBER 28, 2016 AT 01:30 PM**, for the purpose of a Re-Sentencing the above captioned matter, and then return the defendant to the Department of Corrections thereafter.

> JUDGE OF THE DISTRICT COURT
> RENO COUNTY, KANSAS

cc: STAT
    Reno Co District Att (CERTIFIED COPY)

INMATE CLEARANCE FORM FOR RELEASE TO COURT

INMATE MCCOY, DERON   NUMBER 76894   CH B1206   CUSTODY SPM

shall be released to the custody of the RENO COUNTY SHERIFF for

the purpose of Court Hearing - RENO COUNTY ON 10/27/2016 at 0800

DESTINATION OF RENO COUNTY

Detainer by KDOC for sentence in cases: SEE ATTACHED ESCAPE FLYER
(current / consecutive KDOC sentences)

Form of transportation RENO COUNTY SHERIFF Active detainer from other jurisdiction

If the inmate is released from the custody of the Secretary of Corrections for less than all of the KDOC sentences identified above, the inmate must be detained and returned to the Department of Corrections. If there are no KDOC sentences remaining, and there is a detainer(s) from another jurisdiction as identified above, the inmate must be detained for that jurisdiction.

Approved by _Judi Beal_            _____
                Records Clerk              Major/Deputy Warden-Operations

Verified by Co./Dist.Attys Office this date: _Kristina Courtney_

BODY RECEIPT

Received into my custody on this day 10/27/2016 the above inmate from the Warden at EL DORADO CORRECTIONAL FACILITY and also received the sum of $_____ personal funds of the above named inmate because of the following reason: Release for Court Appearance. **Notification is required prior to any release.** The inmate is to remain in your facilities custody at all times. **Please contact the El Dorado Correctional Facility Records Dept. at (316) 322-2028 to make arrangements for the inmates return to EDCF**, as provided above, upon completion of the court proceedings.
( ESCAPE FLYER ATTACHED )

Signature _____      Title _DEPUTY_

County _Reno_                       State _KS_

(This inmate's custody may be impacted by his or her behavior while in your custody or by court actions that result in new charges or disposition of existing charges or convictions. Please advise KDOC staff of any inappropriate behavior by this individual while in your custody and/or any new charges or dispositions).

CC: Inmate File

B-3

7/27
B'206 5pm

## Heidi Beal [KDOC]

| | |
|---|---|
| From: | Andrew Yoder <andrew.yoder@renolec.com> |
| Sent: | Monday, October 17, 2016 11:44 AM |
| To: | KDOC_EDCF_Records_Department_DL |
| Cc: | STAT |
| Subject: | Deron McCoy JR # 0076894 |
| Attachments: | McCoy, Deron 10-28-16.pdf |

I have attached a transport order for Deron McCoy JR # 0076894. He has court in RENO county on 10/28/16 at 1330. Can we RENO pick him up with inmates Warren and Ward on 10/27/16 and return all three to EDCF on 11/01/2016? Thank you!

*Deputy Andrew Yoder*
*Reno County Sheriff's Office*
*1800 S Severance Street Hutchinson KS 67501*
*Office: (620) 259-2143*

1