# Exhibit C

# Filed

# Underseal