# Exhibit E

Attachment B, IMPP 11-119
Effective: 12-11-13

## DISCIPLINARY REPORT

EDCF-C
(FACILITY)

Case No. 16-10-217    Date of Alleged Violation: 10/27/16    Time: 0835    A.M. / P.M.

Date This Report Written: 10/27/16    Time: 0900    A.M. / P.M.

Name of Inmate: McCoy (LAST)    Deron (FIRST)    J (MI)    No. 76894    Cell No: ~~B206~~ Bill

Duty Assignment: _____

**Alleged Violation of Law or Rule** (*Identify by Code No., Short Title, and Class*) 44-12-304 Disobeying Orders, 44-12-320a. Interfering with official duties

FACTS: On Thursday, October 27th, 2016, I SST Goad was attempting to perform a proper strip search procedure on Offender McCoy, Deron #76894 in order for him to be escorted to Admissions and Discharge. While directing the strip out procedure I gave the offender three lawful orders to bend over at the waste, spread his buttox, fully squat to the floor and cough. The offender refused to give a full squat by barely bending his knees. This is an insufficient to the proper strip search procedure and creates a security risk if he were to be escorted. The offender is being charged accordingly with 44-12-304: Disobeying orders and 44-12-320a: Interfering with official duties.

(Attach Additional Sheet(s) if necessary)
(Signature)    SST Goad    4032

Staff Witnesses: CSI Patterson    COI SST Goad F/S 0800-1600
Printed Name and Title of Employee Writing Report

Approved by: L.K. Nguy    K00020520
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 10/27/16    Signature    SST Goad

I received a copy of this report on _____, _____, _____
(Date)    (Time)    (Inmate Signature & No)

I served a copy of this report _____, _____, _____
(Date)    (Time)    (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

# KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

TO:   **MCCOY  76894**                    DATE:  **11/21/2016**
      INMATE NAME / NUMBER

HOUSING UNIT/CELL: **B 111**

CASE NO. **16-10-217**

---

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME: **0930**

DATE: **11/23/16**

LOCATION: **call 316-476-5516 for your DR hearing-Segregation/RDU**
**Disciplinary office for General Population**

**FAILURE TO REPORT WILL RESULT IN THE ISSUANCE OF A DISCIPLINARY REPORT FOR THE VIOLATION OF K.A.R. 44-12-501; A CLASS III OFFENSE.**

---

INMATE SIGNATURE: **X** _refused_

STAFF SIGNATURE: _CI_____

SERVED: _____ **11/21/2016** _____ **0645** _____
                    DATE                                    TIME

---

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE.  GIVE THE INMATE THE COPY FOR HIS RECORDS.

Disciplinary Report
EDCF-C

DeRon McCay, Jr #76894       Case # 16-10-217

Motion to Dismiss

COMES NOW the respondent DeRon McCay, Jr
#76894 a request that DR case no, 16-10-217
be dismissed for failing to be served
within 48hrs in accordance with K.A.R
44-13-201 In support of said motion
respondent states the following:

1)                     facts

1) ON  10-27-16 I: was transported
   from EDCF to the Reno County Jail.

2) I returned to EDCF from the Reno
   County Jail on 11-1-16.

3) EDCF officials knew of my departure

date as well as my return date
beforehand.

4) I was not served with a copy of
DR. case # 16-10-217 until 11-21-16
25 days after it was alledgedly written.

5) Theres were no request for extensions
of time to serve the DR. or any
excusable reason why the DR. was not
served within 48hrs of the respondents
returns to EDCF.


Wherefore the respondent request that
DR case # 16-10-217 be dismissed for
failing to be served within 48hrs
after respondents return to CDCF from
Reno county Jail on 11-1-16.



                              Respectfully,
                              DeRon Affloy, II
Date: 11-22-16

E-4

Attachment M, IMPP 11-119
Effective:  12-11-13

# CONTINUANCE/RECESS LOG

Inmate
Name/Number: McCoy          76894        Case No: 16-10-217

Facility: EDCF

| Inmate Request | Staff Request | Warden Extension | Date | 30 Day Review | Reason | Initial |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | 10/20/16 | ☐ | Out To Court | Xm |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| ☐ | ☐ | ☐ | | ☐ | | |
| RECESS | | | | | | |
| RECESS | | | | | | |

| Inmate Name / No: | | Case No: | Facility: |
|---|---|---|---|
| McCoy, Teddy | | 16-10-217 | EDCF |

## INMATE REQUEST FOR WITNESS

☐ I, _____, waive my right to request witness(es).

☒ I, Deron McCoy Jr _____, request that the following person:

SSt Carroll _____   ☐ Inmate No: _____   ☒ Staff

Title _____

The above named witness will testify as follows: that I told him that Tread that I have back injury that it causes me to much pain to stand all the way to the crotch. And that I again requested strip out procedures for him and that the charge I squatted was discredite for strip out procedures.

In lieu of personal appearance of witness,

☐ I hereby waive the above witness.  [ ] Inmate's Initials  ☐ see attached notarized witness testimony submitted:  [ ] Inmate's Initials

Inmate Signed: Deron McCoy Jr _____   Date: 11-21-2016

Housing Unit Staff: Caimmutt Caimmutt   Date: 11-21-2016  Time: 0727

☒ Request Approved  ☐ Request Disapproved   Reason: (KAR 44-13-405a) _____

Signature: _____   Date: 11/28/16  Rec'd

Hearing Officer

This form shall be completed and submitted to the Housing Unit Staff within 48 hours of receipt of the Disciplinary Report NOV 22 2016

---

## INMATE REQUEST FOR WITNESS  EDCF

☐ I, _____, waive my right to request witness(es).

☐ I, _____, request that the following person:

_____   ☐ Inmate, No: _____   ☐ Staff

Title _____

The above named witness will testify as follows: _____

_____

_____

_____

In lieu of personal appearance of witness,

☐ I hereby waive the above witness.  [ ] Inmate's Initials  ☐ see attached notarized witness testimony submitted:  [ ] Inmate's Initials

Inmate Signed: _____   Date: _____

Housing Unit Staff: _____   Date: _____  Time: _____

☐ Request Approved  ☐ Request Disapproved   Reason: (KAR 44-13-405a) _____

Signature: _____   Date: _____

Hearing Officer

This form shall be completed and submitted to the Housing Unit Staff within 48 hours of receipt of the Disciplinary Report.

# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

TO:   **Captain's office**                          DAY/DATE:   **Thursday 10/27/2016**
                                                                  (Day/MM/DD/YY)

SUBJECT:   **McCoy #76894**                         FROM:   **Patterson, Jonathan R. 201**
                                                                  (Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(s) and specify  V, P, or W.  Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I.  BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| MCCOY, DERON | 76894 | B1 | 206 | | | | |
| Patterson, Jonathan | K0000219784 | N/A | N/A | | | | |
| Goad, Austin | K0000226644 | N/A | N/A | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - No response request          ☐ Supplement to Incident Report IR#  _____ - _____ - _____

☐ Information - Response requested           ☐ Supplement to Use of Force Report UOF# _____ - _____

☒ Supplement to Disciplinary Report DR#       -     -

---

**Facts:**

On 10-27-2016 I CSI Patterson helped COI Goad with escorting offender McCoy to the B1 strip out room so he could be taken to A&D. Offender McCoy refused to comply with  COI Goad and did not complete the strip out procedure completely even after being given three direct orders to do so. EOR

---

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution. supporting documentation and distribution check list.

☐ Warden  ☐ DWO Suite  ☐ DWP  ☐ DWSS  ☐ Class. Admin.  ☐ I&I  ☐ Food Serv.  ☐ Maint.  ☐ Other: _____

UTM  ☐ A  ☐ B  ☐ C  ☐ D  ☐ E  ☐ U-Dorm     ☐ East A  ☐ East F     ☐ North Unit     ☐ East Unit

_CSI_ _____                          **Jonathan Patterson K0000219784**
Signature                                        Print Full Name & KDOC#
**Supervisory Action Taken:** _____

Attachment I, IMPP 11-119
Effective: 12-11-13

## ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

INMATE NAME/NUMBER: _McCoy 76894_    CASE NO: _16-10-217_

---

### ACKNOWLEDGMENTS

☑ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

☑ I received at least 24 hour notice of the time of the hearing.

☐ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☐ I was advised as to the possible penalty involved with a plea or a finding of guilty.

---

### WAIVERS

☐ I Waive time limits or other procedure(s) as stated below:    **Inmate's Initials**
[ ]

Time limits Waiver or other procedure(s): _____
_____

---

☐ I Waive reporting officer/reporting staff member testifying.  Class I cases. [ ] **Inmate's Initials**

---

Inmate Signature: _____ No:_____ Date:_____

Hearing Officer: _CSC _____ _ Date: _11/28/16_

Attachment J, IMPP 11-119
Effective: 12-11-13

# STAFF ASSISTANCE

| INMATE: | NUMBER: | CASE NO: |
|---|---|---|
| McCoy | 76894 | 16-10-217 |

The above-named inmate appeared before this Hearing Officer on the below date, and based on my personal

observation and conversation with this inmate, I find that the inmate:

☐ IS   ☑ IS NOT    IN NEED OF STAFF ASSISTANCE IN ACCORDANCE WITH KAR 44-13-408.

If finding is that inmate is in need of staff assistance, specify the reason(s)

☐   The inmate incapable of self-representation due to physical or mental disability, whether temporary or permanent;

☐   The inmate is illiterate in the English language;

☐   The charge is too complex for the inmate to readily comprehend or defend against;

☐   There will be testimony or other evidence given either directly or indirectly, by a confidential inmate informant or witness;

☐   The inmate either refuses to attend, or has been removed from the hearing; or

☐   Any other circumstance exists that in the judgment of the hearing officer, substantially impairs the inmate's ability to participate meaningfully in the inmate's defense.  Explain:

_____

_____

11/28/16
DATE

CSF
HEARING OFFICER'S SIGNATURE

If the above box denoting the inmate REQUIRES assistance is checked, assistance shall be provided.

ASSISTED BY: _____

**PLEA OF:** ☐ GUILTY ☐ NO CONTEST BY INMATE

**CASE #** [ ]

**NAME:** [ ]    **NUMBER:** [ ]

**HEARING DATE:** [ ]    **HEARING OFFICER:** [ ]

**RULE VIOLATION(S):** [ ]

**WAIVER:**

(To be read to inmate)
☑ YES ☑ NO

Inmate's
Initials

☐ ☐ 1.   Do you understand the charges against you? [ ]

☐ ☐ 2.   Do you understand the penalty or penalties the Hearing Officer may set for the rule violation(s) you are pleading to? (If answer is "NO", read the penalties for each violation from rule book.) [ ]

☐ ☐ 3.   Do you understand that with your plea, that you may be able to appeal under limited circumstance per 44-13-703(d)(1)(2)(3)? [ ]

☐ ☐ 4.   Do you understand that with your plea that you are waiving your right to a full hearing before a Hearing Officer? [ ]

☐ ☐ 5.   You waive your right to be confronted with the evidence against you? [ ]

☐ ☐ 6.   You waive your right to cross-examine the witness(es) against you? [ ]

☐ ☐ 7.   You waive your right to remain silent and to be presumed innocent until proven guilty by preponderance of the evidence? [ ]

☐ ☐ 8.   Have any promises, threats or inducements been made to you in exchange for your plea? [ ]

[ ]    [ ]
Hearing Officer/Unit Manager Signature    Date

[ ]    [ ]
Inmate Signature    Number    Date

E-10

## DISPOSITION AND HEARING RECORD

**INMATE NAME & NO:**  _McCoy  76894_

**FACILITY:** _LCF_   **CASE NO:** _16-10-217_   **HEARING DATE** _11/28/16_

CHARGING

HEARING   **TIME:** _1000_

| Violation | Class | Amended Violation | Amended Class | Plea | | | Finding | | |
|-----------|-------|-------------------|---------------|------|--|--|---------|--|--|
| 204 | I | ___ | ___ | ☐G ☑N/G ☐NC | | | ☐G ☑N/G ☐ DISM. | | |

**Reason:** _lack of preponderance of evidence_

| ___ | ___ | ___ | ___ | ☐G ☐N/G ☐NC | | | ☐G ☐N/G ☐ DISM. | | |

**Reason:** _____

| ___ | ___ | ___ | ___ | ☐G ☐N/G ☐NC | | | ☐G ☐N/G ☐ DISM. | | |

**Reason:** _____

| ___ | ___ | ___ | ___ | ☐G ☐N/G ☐NC | | | ☐G ☐N/G ☐ DISM | | |

**Reason:** _____

| ___ | ___ | ___ | ___ | ☐G ☐N/G ☐NC | | | ☐G ☐N/G ☐ DISM: | | |

**Reason:** _____

☐ Reporting Officer Sworn In / Affirmed        ☐ Testimony Read into the Record

**Staff Testimony / Cross Examination (Attach Testimony)**

☐ Inmate Sworn in / Affirmed

☐ Hearing held Inabsentia   Reason _____

**Staff Assistant Assigned:** _____

☐ Inmate Not Sworn In/Affirmed        Explain _____

_____

**Inmate Testimony / Cross Examination (Attach Testimony)**

## DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO. | McCoy      76894 | CASE NO. 16-10-217 |
| --- | --- | --- |

### TESTIMONY

11/28/16  Offender sworn in. Witness list submitted

I did squat as far as I could & I have a medical for squatting & a stair restriction.

(SGT Carroll sworn in

McCoy-Carroll "When you came to strip out area, did I explain to you about my back injury?" Carroll "yes"

McCoy-Carroll "Did I strip out for you?"
Carroll "you did & I considered it acceptable."

COI Goad sworn in

McCoy-Goad "When you told me to turn around, bend over & squat & cough, Did I follow that directive?" Goad "No"

McCoy-Goad "Did I bend over?" Goad "No"
McCoy-Goad "Did I squat?" Goad "Not to proper depth given."
McCoy-Goad "What was proper depth given?" Goad "Parallel to ground"
McCoy-Goad "Did I cough?" Goad "yes"
McCoy-Goad "Did I attempt to follow your directive, every time?" Goad "No"
McCoy-Goad "Which of the 3 times did I not attempt to follow your directive?" Goad "All 3 times"

Based on testimony from the SST supervisor and the offender did attempt 3 or more times to perform the deep knee bend & squat, this hearing officer finds offender not guilty of the charges of disobeying orders. Offender not guilty of interference of official duties as the strip out process did pause any substantial delay & lack of preponderance of evidence.

*Motion to dismiss due to time limits were denied as the offender was not prejudiced in any way or harmed in any way and was allowed all applicable time limits in order to prepare for case.

**INMATE NAME & NO.:**                                      **CASE NO:**

☐ **Witness(es) Sworn In/Affirmed** _____     _____

_____          _____          _____

**Witness(es) Testimony / Cross Examination  (Attach Testimony)**

**Closing Statement(s):  (Attach Arguments)**

**If applicable include inmate's testimony/ arguments on restitution**

Sanction(s): _304 N.G.     320. N. G._ _____

Reason for Sanctions: _____
_____ _~~Penalty~~_ _____

**Disposition of Evidence:** _____

☑ Inmate advised of right to Appeal,   Inmate Initial _____

HEARING OFFICER SIGNATURE _(SI Phj)_                DATE _11/28/16_

**FINAL ACTION BY FACILITY WARDEN:**
☐ APPROVED
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING
☐ AMEND THE CHARGE
☐ DISAPPROVE/DISMISS
☐ REDUCE THE PENALTY
☐ SUSPEND ALL OR PART OF SENTENCE
☐ REMAND NEW HEARING
☐ CLARIFICATION OF RECORD

☐ **REDUCE TO SUMMARY JUDGMENT**
- restriction from privileges up to 10 days
- fine not to exceed $10.00
- extra work w/o incentive pay for no more
  than 2 hrs/day no more than 5 days
- work w/o incentive pay not to exceed 5 days
- restitution not less than $3.00 or more than
  $20.00

Comments: _____

_____          _____
**WARDEN/DESIGNEE SIGNATURE**                **DATE**

*I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.*

_____          _____
INMATE SIGNATURE                             DATE
**I served a copy of the Hearing Record**

_____          _____
**STAFF SIGNATURE**                          **DATE**

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.

## DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO. | McCoy, Deron # 76894 | CASE NO: 16-10-217 |
|---|---|---|

## TESTIMONY

11/28/16-offender sworn in, witness list submitted

I did squat as far as I could. I have a medical for squatting and a stair restriction.

CSI Carrell sworn in.

McCoy-Carrell "When you came to strip out area, did I explain to you about my back injury?"

Carrell "yes"

McCoy-Carrell-"Did I strip out for you?"

Carrell-"You did and I considered it acceptable."

COI Goad sworn in.

McCoy-Goad "When you told me to turn around, bend over and squat and cough, did I follow that directive?"

Goad-"no"

McCoy-Goad-"Did I bend over?"

Goad-"no"

McCoy-Goad-"did I squat?"

Goad-"not to proper depth given."

McCoy-Goad-"What was proper depth given?"

Goad-"parallel to ground."

McCoy-Goad "Did I cough?"

Goad-"yes"

McCoy-Goad-"Did I attempt to follow your directives every time?"

Goad-"No"

McCoy-Goad "Which of the three time did I not attempt to follow your directives?"

 Goad-"all three times"

Based on testimony from the SST supervisor and the offender did attempt 3 or more times to perform the deep knee bend and squat. This hearing officer finds offender not guilty of the charges of disobeying orders. Offender not guilty of interference of official duties as the strip out process did cause any substantiated delay     and lack of preponderance of evidence.

"Motion to dismiss due to time limits were denied as the offender was not prejudiced or harmed in any way and was allowed all applicable time limits on order to prepare for case.

**INMATE NAME & NO.:**  McCoy, Deron # 76894                **CASE NO:** 16-10-217

☐ Witness(es) Sworn In/Affirmed     _____     _____

_____     _____     _____

Witness(es) Testimony / Cross Examination  (Attach Testimony)

Closing Statement(s):  (Attach Arguments)

If applicable include inmate's testimony/ arguments on restitution

Sanction(s):   __304  N.G., 320 N.G.__

Reason for Sanctions:  _____

_____

Disposition of Evidence:  _____

☒  Inmate advised of right to Appeal,   Inmate Initial  _____

HEARING OFFICER SIGNATURE_____  CSI R. Johnson _____  DATE___ 11-28-16 _____

FINAL ACTION BY FACILITY WARDEN:
☑ APPROVED                                              ☐ REDUCE TO SUMMARY JUDGMENT
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING    - restriction from privileges up to 10 days
☐ AMEND THE CHARGE                                      - fine not to exceed $10.00
☐ DISAPPROVE/DISMISS                                    - extra work w/o incentive pay for no more
☐ REDUCE THE PENALTY                                      than 2 hrs/day no more than 5 days
☐ SUSPEND ALL OR PART OF SENTENCE                       - work w/o incentive pay not to exceed 5 days
☐ REMAND NEW HEARING                                    - restitution not less than $3.00 or more than
☐ CLARIFICATION OF RECORD                                 $20.00

Comments:  _____

_____     _11/30/2016_
WARDEN/DESIGNEE SIGNATURE            DATE

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

_____     _____
INMATE SIGNATURE                        DATE

I served a copy of the Hearing Record

_____     _12/2/16_
STAFF SIGNATURE                         DATE

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.