# Exhibit F

# Filed

# Underseal