# Exhibit H

# Filed

# Underseal