# Exhibit I

# Filed Underseal