IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DERON MCCOY JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case. No. 17-3139-SAC |
| JAMES HEIMGARTNER, *et al*. | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT ON 2ND AMENDED COMPLAINT

**COME NOW** Defendants James Heimgartner, Jonethen Patterson, Austin Goad, William Riddle, and Troy Carrell, by and through their undersigned counsel, and in accordance with D. Kan. 7.1(a) and D. Kan. 7.6, hereby move this Court for its Order dismissing Plaintiff's 2nd Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In the alternative, Defendants move this court for an Order granting them Summary Judgment.

Dismissal or Summary Judgment is appropriate because Plaintiff failed to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act prior to bringing suit under § 1983. Dismissal or Summary Judgment is also appropriate because the Eleventh Amendment bars all claims against Defendants in their official capacity. Furthermore, Plaintiff has failed to state a claim against Defendants in their individual capacities because they are entitled to qualified immunity. Finally, all claims against Defendant Heimgartner should be dismissed or Summary Judgment granted thereon due to the lack of direct personal participation in the acts allegedly giving rise to Plaintiff's causes of action.

1

In further support of this motion, Defendants incorporate herein their contemporaneously filed Memorandum in Support.

WHEREFORE, Defendants James Heimgartner, Jonethen Patterson, Austin Goad, William Riddle, and Troy Carrell, pray that the Court enter an Order dismissing Plaintiff's Complaint, or, in the alternative, grant them Summary Judgment, and for such other and further relief as the Court shall deem just and proper.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Dennis D. Depew
Dennis D. Depew, KS Sup. Ct. No. 11605
Deputy Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 368-8426; Fax: (785) 291-3767
Email: dennis.depew@ag.ks.gov
*Attorney for Defendants:*
*James Heimgartner, Jonethen Patterson,*
*Austin Goad, William Riddle, and Troy Carrell*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 8th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court, and that on this same date, I mailed the foregoing *via* first class U.S. Mail, postage prepaid, addressed to:

Deron McCoy Jr. #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

                                        /s/ Dennis D. Depew
                                        Dennis D. Depew
                                        Deputy Attorney General
                                        Office of Attorney General
                                        Derek Schmidt