Deron McCoy Jr. #76894
P.O Box 311
Eldorado, KS 67042

United States District Court
For the District Court of Kansas

Deron McCoy Jr )
    Plaintiff )
 )
Vs. ) Case # 17-CV-3139-JWB
 )
James Heimgartner et al )
    Defendants )

**Plaintiffs request for extension of time to respond to defendants motion to dismiss or in the alternative motion for summary Judgement**

1) On 5/8/2018 the defendants e-filed a motion to dismiss or in the alternative motion for summary judgement.

2) The plaintiff has yet to receive this document by US mail.

Wherefore the plaintiff request this court grant him a extension of time to respond until at such time the defendants send him said document by U.S mail postage pre-paid and the plaintiff recieves the document. The plaintiff further request the court direct the defendants to mail the document to the plaintiff.

Respectfully Submitted
Deron McCoy Jr

(1)