IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| DERON MCCOY JR., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case. No. 17-3139-JWB |
| JAMES HEIMGARTNER, *et al*. | ) |
| Defendants. | ) |

**<u>DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME</u>**

**COME NOW** Defendants James Heimgartner, Jonethen Patterson, Austin Goad, William Riddle, and Troy Carrell, by and through their undersigned counsel, and hereby respond to Plaintiff's request for an extension of time to respond to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment.

Defendants state that their counsel did, on May 8, 2018, mail copies of the motion anf supporting memorandum to Plaintiff at EDCF. However, Defendants have no ability to determine if Plaintiff actually received the mailed documents. Further, Defendants' counsel did on May 17, 2018, email another set of documents to EDCF's local counsel and asked her to print the documents and have them hand delivered to Plaintiff to ensure that he received them.

Defendants have no objection to Plaintiff being granted a thirty (30) day extension of time from the date his request was filed on May 17, 2018. They will not be prejudiced by the granting of the request.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Dennis D. Depew
Dennis D. Depew, KS Sup. Ct. No. 11605
Deputy Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 368-8426; Fax: (785) 291-3767
Email: dennis.depew@ag.ks.gov

*Attorney for Defendants:*
*James Heimgartner, Jonethen Patterson, Austin Goad, William Riddle, and Troy Carrell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court, and that on this same date, I mailed the foregoing *via* first class U.S. Mail, postage prepaid, addressed to:

Deron McCoy Jr. #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

/s/ Dennis D. Depew
Dennis D. Depew
Deputy Attorney General
Office of Attorney General
Derek Schmidt



P.O. Box 311
El Dorado, KS 67042

Department of Corrections
*El Dorado Correctional Facility*

Phone: (316) 321-7284
Fax: (316) 322-2018
KDOC_Pub@ks.gov
www.doc.ks.gov/facilities/edcf

Secretary Joe Norwood
Warden Paul Snyder

Governor Jeff Colyer, M.D.

May 21, 2018

Deron McCoy #76894
EDCF # A2-133
El Dorado, Kansas 67042

RE: Deron McCoy #76894
Attached to this letter you will find the copy of the Defendants Motion (3 pages) and Defendants' Memorandum (35 pages) totaling 38 pages.

Please sign below to acknowledge receipt of these documents.

Sincerely,

EDCF Legal

*[signature]*
Deron McCoy #76894

Delivered By:

*Rohling*
EDCF Staff

Date 5/22/18

*U1 Samson*
Witness

Date 5/22/18