DeRon McCoy Jr #76084
P.O Box 311
Eldorado, Ks 67042

            In the United States District Court
            for the District of Kansas

DeRon McCoy Jr,                    )
        Plaintiff,                 )
                                   )
vs                                 )   Case No. 17-3139-JWB
                                   )
James Heimgartner, et al.,         )
        Defendants.                )

        Exhibits to Plaintiff second
          Amended Complaint

    ( Exhibits "B - D")

Date: 7-11-2018              s/DeRon McCoy Jr



" Exhibit `B`

Several sick calls about
treatment for neck and shoulder,
and neck pain 11-26-17 through
8-12-19),



**CORIZON**
Promote a culture of safety

# HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received: _____

Time Received: _____

**Service Requested**
Servicio Solicitado

☑ Nurse   ☐ Doctor   ☐ Dental
Enfermera   Doctor   Dental

☐ Mental Health   ☐ Eye Doctor
Salud Mental   Médico de los ojos

Print Name (Imprimir nombre): _DeRon McCoy JI_

Date of Request (Fecha de solicitud): _1/26/17_   Date of Birth (Fecha de nacimiento): _3/2/1963_

ID #: _96914_

Housing Location (Ubicación de la Vivienda): _B3 III_

Nature of problem or request (Naturaleza del problema o solicitud): _I need my skin medication refill or more medicine_ _female or male doctor Thanks_

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren car por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo an el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arance de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación

_DeRon McCoy JI_
PATIENT SIGNATURE (Paciente Firma)

ge.2
98.674-26

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designa
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

140/80
175

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOU**

Triaged by: _MW aleph_   Time: _0905_   (am) pm (circle one)

Date: _1/28/17_

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | |
|---|---|---|---|---|---|
| Initial | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health |
| Appointment | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health |
| Fee Charge | ☐ $2.00 | | | | |

Comments: _____   Date: _1/28/_

Staff Signature: _MW aleph_

©2013 Corizo

NA7141-KS-DOC
Issued 01/06/2013



**CORIZON**
*Promote a culture of safety*

# HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received: _____

Time Received: _____

**Service Requested**
Servicio Solicitado

☐ Nurse
Enfermera

☐ Doctor
Doctor

☐ Dental
Dental

☐ Mental Health
Salud Mental

☐ Eye Doctor
Médico de los ojos

Print Name (Imprimir nombre): DEBON McCOY JR.

Date of Request (Fecha de solicitud): 2-4-17     Date of Birth (Fecha de nacimiento): 3/2/1983

ID #: 76807

Housing Location (Ubicación de la Vivienda): 132-111

Nature of problem or request (Naturaleza del problema o solicitud): Need to be seen about the pain
Medication for my back, neck and shoulder injury. I have been
having numbness pain in lower extremities also for the 1st 3grievance

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare
services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I
understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up vis
or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren ca
por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo
el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un ara
de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivaci

DEBON McCOY JR.
PATIENT SIGNATURE (Paciente Firma)

#17840
76807 9807 123762

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área desig
DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCO**

Triaged by: K Taylor RN     Time: 0906     (am) pm (circle one)

Date: 2-5-17

Called Down at: _____ (for urgent issue)

Other: _____

☐ Eye Doctor     ☐ Mental Health
☐ Eye Doctor     ☐ Mental Health

Response Recommendation (to be completed by Medical Staff Only)

Initial
Appointment     ☐ Nurse   ☐ Doctor   ☐ Dentist
                ☐ Nurse   ☐ Doctor   ☐ Dentist

Fee Charge      ☐ $2.00   NC

Comments: HCP list, Renew pain medication     Date: 2-5-1

Staff Signature: K Taylor RN

NA7141-KS-DOC
Issued 01/06/2013

©2013 C



**CORIZON**
*Promote a culture of safety*

## HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

| FOR MEDICAL USE ONLY | Service Requested |
| Sólo para uso médico | Servicio Solicitado |

| FOR MEDICAL USE ONLY / Sólo para uso médico | Service Requested / Servicio Solicitado |
|---|---|
| Date Received: _____ <br> Time Received: _____ | ☐ Nurse / Enfermera  ☐ Doctor / Doctor  ☐ Dental / Dental <br> ☐ Mental Health / Salud Mental  ☐ Eye Doctor / Médico de los ojos |

Print Name (Imprimir nombre): _Delas McClurkin_

Date of Request (Fecha de solicitud): _2-9-17_    Date of Birth (Fecha de nacimiento): _3/2/1993_

ID #: _76084_

Housing Location (Ubicación de la Vivienda): _B-111_

Nature of problem or request (Naturaleza del problema o solicitud): _I need my meds renewed_
_will I see HCP (which I'm already scheduled for)_

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargo por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arance de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_Delas McClurkin_
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record    Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNT**

Triaged by: _____

Time: _____ am  pm (circle one)

Date: _____

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | Initial Appointment | | | | | |
|---|---|---|---|---|---|---|
| | ☐ Nurse  ☑ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| | ☐ Nurse  ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge: ☑ $2.00

Comments: _Scheduled. Seen 2/13/17_     Date: _2/13/1_

Staff Signature: _____

©2013 Corizon Hea

NA7141-KS-DOC
Issued 01/06/2013





# HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received: _____

Time Received: 0913

**Service Requested**
Servicio Solicitado

| ☐ Nurse Enfermera | ☐ Doctor Doctor | ☐ Dental Dental |
|---|---|---|
| ☐ Mental Health Salud Mental | | ☐ Eye Doctor Médico de los ojos |

Print Name (Imprimir nombre): DeBan McCoy Jr

Date of Request (Fecha de solicitud): 2-20-17

Date of Birth (Fecha de nacimiento): 3-2-1983

ID #: 76294

Housing Location (Ubicación de la Vivienda): D1-226

Nature of problem or request (Naturaleza del problema o solicitud): I need to be seen about pain medication for my back pain as well as possible treatment. I submitted several sick call while at HCF and had several referrals to see doctor at HCF but wasn't ever seen by doctor there.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren carg por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo an el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un aranc de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación

DeBau McCoy Jr
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designad
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

187

(Original – Medical Record    Yellow Copy- Inmate/Patient    Pink Copy-Business Office)

98.0    P=103    R=18    1/8/7

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNT**

Triaged by: KMcGRJ

Date: 2/21/18     Time: 0/000     am pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☑ Mental Health | ☐ ARN |
|---|---|---|---|---|---|---|
| Initial Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARN |
| Fee Charge | ☑ $2.00 | | | | | |

Comments: Injured 2011 - previous neck, lower back, both shoulders. Pain hx (chronic). Gave TDU. M/Sher, LRN  Enc hot/cold compress. Emailed for AC BHCP appts.

Date: 2/21/1

Staff Signature: _____

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon He

# HEALTH SERVICES REQUEST FORM

**(Formulario de Solicitud de Servicios de Salud)**



**CORIZON**
HEALTH™

| FOR MEDICAL USE ONLY | | |
|---|---|---|
| Sólo para uso médico | | |
| Date Received: | | |
| Time Received: _____ 1600 | | |

| Service Requested | |
|---|---|
| Servicio Solicitado | |
| ☐ Nurse | ☐ Doctor ☐ Dental |
| Enfermera | Doctor Dental |
| ☐ Mental Health | ☐ Eye Doctor |
| Salud Mental | Médico de los ojos |

Print Name (Imprimir nombre): **DeRob McCon**

Date of Request (Fecha de solicitud): **7-11-17**

ID #: **76608**

Date of Birth (Fecha de nacimiento): **5-2-83**

Housing Location (Ubicación de la Vivienda): **A2-112**

Nature of problem or request (Naturaleza del problema o solicitud):

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

**PATIENT SIGNATURE (Paciente Firma)** _____

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record    Yellow Copy–Inmate/Patient    Pink Copy–Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____    Time: _____    am    pm (circle one)

Called Down at: _____    (for urgent issue)

Date: _____

Other: _____

| Response Recommendation (to be completed by Medical Staff Only) | | | |
|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

Staff Signature: _____    Date: **2-13-17**

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



# HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received:

Time Received: _0600_

**Service Requested**
Servicio Solicitado

| ☑ Nurse | ☐ Doctor | ☐ Dental |
| Enfermera | Doctor | Dental |
| ☐ Mental Health | ☐ Eye Doctor | |
| Salud Mental | Médico de los ojos | |

Print Name (Imprimir nombre): _____

Date of Request (Fecha de solicitud): _3-2-17_

ID #: _____ Date of Birth (Fecha de nacimiento): _3/21/1987_

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcaide, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

---

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record     Yellow Copy- Inmate/Patient     Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Date: _____     Time: _0600_     am   **pm**  (circle one)

Called Down at: _0627_     (for urgent issue)

Triaged by: _____

Other:

**Response Recommendation** (to be completed by Medical Staff Only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

Staff Signature: _____     Date: _07/11/7_

©2013 Corizon Health, Inc.



# CORIZON
## HEALTH™

## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.

| FOR MEDICAL USE ONLY |
|---|
| Sólo para uso médico |
| Date Received: |
| Time Received: _1000_ |

| Service Requested |
|---|
| Servicio Solicitado |
| ☐ Nurse ☐ Doctor ☐ Dental |
| Enfermera Doctor Dental |
| ☐ Mental Health ☐ Eye Doctor |
| Salud Mental Médico de los ojos |

Print Name (Imprimir nombre): _DeBow McCoy Jr_

Date of Request (Fecha de solicitud): _8-12-13_

ID #: _76604_  Date of Birth (Fecha de nacimiento): _3-2-1983_

Housing Location (Ubicación de la Vivienda): _A2-115_

Nature of problem or request (Naturaleza del problema o solicitud): _I have been experiencing_
_three previous serious about pains/medications but have yet to be calling out_
_for Doctor call out. I need Pain medication and long term treatment._

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcaide, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma) _DeBow McCoy_

PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)
DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Date: _____   Time: _____   _0600_ am pm (circle one)

Triaged by: _____

Called Down at: _0820_   (for urgent issue)

**Response Recommendation** (to be completed by Medical Staff Only)
| | | | |
|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _1917 979 116 1042 18_
_laxer pill insert_
_back_
_Ibuprofen 200 mg_

Staff Signature: _____   Date: _08/31/13_

_NeprosyN X14 DP2_

Exhibit C 1

( medical restriction )

# Kansas Department of Corrections

## Medical Classification

| | | | |
|---|---|---|---|
| **KDOC #:** | 76894 | **Name:** | MCCOY, DERON |
| **DOB:** | 03/02/1983 | **Sex:** | M |
| **SSN:** | 509861099 | **Location:** | El Dorado - Central |
| **Encounter Date:** | 11/23/2016 05:20 AM | **Provider:** | Baseer A. Sayeed MD |

**Classification:**

**P:** 2 Average to good medical condition.
**U:** 1 No impairment
**L:** 1 No impairment
**H:** 1 No impairment
**E:** 1 No impairment
**X:** 2 Mild medical problems; may handle most work assignments.

**OMIS 230:**

Smoker

**OMIS 231:**

**Living unit assignments:**
No stair climbing

**Activities of Daily Living:**
Feeding: Self
Ambulation: Self
Hygiene: Self
Toileting: Self
Transfers: Self

EXHIBIT D

PREVIEW OF QUESTION

DEROL MCLEAN JR

County of Butler )
                  ) SS:
City of Eldorado )

"Affidavit of Delon McLoy, Jr."

I Delon McLoy, Jr. being of lawful age and being duly sworn upon oath state the following:

1. On 10-27-2016 I resided at E.D.C.F central B-cellhouse Long-term Seg.

2. I currently reside at E.D.C.F central A-cellhouse General population. where I have been in general pop since 1-2a-18.

3. On 10-27-2016 while awaiting transport to Reno county (Hutchinson) Detention Center. for a court hearing. the follow events occurred and were committed by the named defendants.

4. While going through the transport procedure in B-cellhouse at E.D.C.F central two S.S.T members approached my then celldoor. I did not know these S.S.T members names at that time. One was a male and the other a female.

5. I had my legal box that needed to be transported with me to the Reno county (Hutchinson Center) all my other personal property had been packed out the night before on 10-26-2017.

①

6. The only other items in the cell were bedding.

7. The male J.S.T member grabbed my 15.5 x 12.75 x 9.5 legal box (after I was handcuffed) and carried it to the strip-out area.

8. The female J.S.T member then arrived with a collable cart and placed my legal box on it and pushed the cart out the door without searching it.

9. After I was taken out of the handcuffs, the male J.S.T member Luow identified as J.S.T member Good directed me to "strip out".

10. I was and am very familiar with the strip-search procedure in K.D.O.C. Even more so since when a inmate in long-term seg is going/or coming back from the seg yard he is strip-searched both times.

11. I began to undress and handed the clothing items to Defendant Good as I removed them from my body.

12. After I was completely undressed, I then wanted for Defendant Good to tell me to begin the strip-search procedure.

13. After Defendant Good completed the search of the clothing, (which took long longer then normally). Defendant Good then

directed his attention to the box began to give me verbal directives pursuant to I.M.P.P 12-103 D. Starting with my ears, then opening my mouth visually inspecting as I did so, going through the strip-search procedure to the point of lifting my scrotum.

14. Defendant Good then directed me to turn around so that my back faced towards him. Bent at the waist, I spread my buttocks cheeks, squat and cough.

15. I obeyed this directive by bending over as much as I could in the very small (6 Safe) strip-out cage. Spreading my buttock cheeks, squatting to the usually depth, coughing where my buttocks were close to a straight line and coughing.

16. After I straighten back up to a erect standing position and then turned around till I was again facing Defendant Good.

17. Defendant Good then stated "Now that's not good enough, you need to squat further down". Defendant Good then directed me to again spread my buttock cheeks, bent and cough.

18. I again turned around until my head was to Defendant Good. I bent at the waist, squatted further

(3)

down. As I did so I immediately felt a sharp, shooting pain in my lower back emulating down my right buttock cheek down my right leg, and left leg.

19. Defendant Good then stated "No I want to see you fully squat butt all the way to the floor". While pointing down at the floor.

20. I then told "How thats not right" and "that" I couldn't do it anyway do to my back injury". I then went on to describe to defendant Good the extent of my back injury and my medical restrictions due to that back injury.

21. I then backed to my left at defendant J. Patterson who had been standing to few feet away and had been overlooking the strip-search of my person.

22. Knowing that defendant J. Patterson was the then officer in charge (O.I.C) of Russell house who notices that Defendant J. Patterson would help resolve the problem. I asked for his help in resolving the problem.

23. Defendant Patterson then stepped over to the strip-out cage door. I again explained the problem, my back injury, and my medical restrictions that kept me from squatting with my butt touched the ground.

24. Defendant J. Patterson said nothing at that time.

(4)

25. Defendant Escoo then gave me directives to begin the complete strip-search from the beginning; (I disputed putting my fingers in my mouth due to me having touched my groin and buttock cheeks and there was no sink to wash my hands. Defendant J. Patterson stood by and only watched as I followed the directive as given. Lastest fingers in my mouth).

26. When the strip-search of my person reached to the part which required me to bend, squat and even spread my buttock cheeks, and cough. I again bent at the waist (as much as possible), squatted as far as I could without being hindered by pain. I again felt extreme pain to the form of sharp shooting pains emanating in my lower back and down my buttock and legs. While coughing.

27. While I was squatting, bending, spreading my buttock cheeks, and coughing. Defendant J. Patterson stated "come on you can drop it further than that".

28. I immediately required the saying of 'Drop it' to be a sexual innuendo originally derived from the song titled 'drop it like it's hot" by rap artist "snoop doggy dogg". The saying 'Drop it' is also sung in R & B song "Thats how I like it by "R&B artist" "Brandy mars" [the verse goes "you and your (asshole!) then for buttocks) invited/so drive and get it to clapping 'so Drop it for a playa (gone and drop it) for a

⑤

player".

29. I know as a fact that the saying "Doof it" is a saying usually of men states to a woman (as a sexual innuendo) when he wants her to gyrate her buttocks while bending over and moving her buttocks from a squatting position until there buttocks nearly touches the ground. The term only has sexual meaning when used in the manner defendant Patterson did.

30. Inmate I immediately straightened up to a standing position and turned around and faced defendant Good and defendant J. Patterson.

31. I observed that both defendant Good and defendant J. Patterson were smiling very widely. I then grabbed the clothing that had already been searched by defendant Good off the plug hole in the strip-out cage door, and began to get dressed while yelling out that I was being sexually harassed, P.R.E.A violation.

32. Defendant Good and defendant J. Patterson quickly stopped smiling and quickly left the strip-out cage area out of my view.

33. After a couple of minutes I then begun to yell out, so that I could be heard requesting a grievance form and a pencil. Defendant J. Patterson

⑱

brought me a grievance form and a golf pencil.

34. I then told Defendant J. Patterson that I was going to write a grievance on him and Defendant Good. Defendant J. Patterson then advised me that a SST supervisor would be in route.

35. A short time later a SST member arrived who Identified himself as SST supervisor carrell and asked me what the problem was.

36. I then explained the problem with the strip-search directives given by Defendant Good. concerning the directive for me to squat fully to the floor Buttocks to the ground and the full extent of my back injury. But kept me from doing such a manuver.

37. Defendant carrell then left the strip-out cage area and I used the wall of the strip-out cage as a surface to fill out the grievance form against Defendant Good and Defendant J. Patterson to completion.

38. Defendant carrell returned a short-time later and told me that he had spoke to Defendant Good and that he (Defendant carrell) would have to stand by his fellow officer and would also require me

(19)

to squat fully down but to the floor. I again told Defendant carrell that I had a back injury and medical restrictions that keep me from performing such a maneuver due to then causing me extreme pain.

39. I further told defendant carrell that I am very familiar with the strip-search policy for N.D.O.C and that fully squatting buttocks all the way to the floor has never been a part of the N.D.O.C strip-search procedure. Defendant carrell then kept the strip-out cage area open.

40. When Defendant carrell again returned he informed me that he had spoken with medical and verified my back injury and medical restrictions.Yet he would still require me to perform the strip search procedure again and to squat down as far as I could. I would again pete extreme pain in my lower back, sharp shooting pains that went down my buttocks and legs. I was then allowed to dress again (after completing the strip search absent pulling on purting my fingers in my mouth) squatting at the same depth I did for the initially strip-search.

41. Defendant carrell and a unidentified S.S.T member then escorted me to admissions and discharge (A&D) at E.S.C.F in handcuffs.

42. During that time I was in constant observation by defendant Carrell and the unidentified J.S.T member all the way until I placed in a single MAN cell that only had a bench seat in it. One of my orcs (at the bleg) was also held from B-cellhouse to A&N.

43. Once I was placed in the single man cell and the door closed the handcuffs were removed through the food port in the door. There was never any opportunity to obtain any contraband or any inmate around that could give me any contraband.

44. A Short time later defendant Riddle who works at S.O.i.F (A&N) came pass the holding cell I was then in. I then submitted the grievance to defendant Riddle for filing.

45. Approx 20-30 min later defendant Riddle then approached the cell door of the holding cell and told me that he (Riddle) would need me to again perform the Strip-search procedure. I then explained to defendant Riddle that I had just been strip-searched four times and had been under constant observation and isolated from any other inmates the entire time Flame.

46. Defendant Riddle then told me it was policy that all inmates that are being transported to another

facility must be strip-searched before leaving R.C.D. and that it didn't matter if I had been strip-searched before leaving B-1 cellhouse (at E.D.C.F). I then submitted to defendant RIDDLES directives and submitted to the strip-search procedure (after putting my fingers in my mouth due to not being able to wash my hands) and got dressed in a orange jumpsuit), I squatted to the same depth as the initial strip-search and the strip-search conducted by defendant RIDDLES concern.

47. The Reno County/R.Cks. Deputy sheriff then arrived and transported me to the Reno County Detention Center in Hutchinson KS by vehicle.

48. On November 1, 2016 I was transported back to E.D.C.F from the R.C.D.C.

49. From 10-27-2016 ~ 11-17-2017 I began feeling more extreme pain in my lower back and began down my buttock and legs in the form of sharp shooting pains, I also began experiencing tingling numbness in my legs every morning. These pains and symptoms were constant during this time frame and aways began after the first strip-searches I was forced to perform by the defendants.

50. ~~The~~ The pain in my lower back and down my legs before 10-27-2016 was almost pre-missible and only caused me extreme pains to the morning and if I stood or sat for too long or period of time.

~~46. I became~~ to

51. I also began to experience severe anxiety. I was prescribed anti-anxiety medication (Buspar). I also had to go to counseling by mental health staff at C.W.C.F. and HLCF for treatment of anxiety.

52. I had been previously diagnosed with anxiety, but prior to 10-27-2016, I was in remission and I did not require medication for treatment. As of the date of me writing this I no longer require anti-anxiety medication.

53. While attempting to get a response back on the grievance I wrote on defendant Good and defendant S. Patterson, I instead received a D.R. that was written by defendant Good. I received the D.R. on or about 11-20-2016.

54. The D.R. written by defendant Good was written for allegedly disobeying orders and interference with official duties "for me not fully squatting, buttocks all the way to the floor (touching the floor)".

55. The I.M.P.P. for offender and facility sentences (12-105.1) (III) (2) (d) only requires a inmate to squat all the way to the floor with' his/her buttocks touching the floor.

56. As a result of the D.R. written by defendant Good the forced the loss of his incentive level. Loss of

(11)

privileges (commissary, telephone privileges, yard Restriction). Disciplinary segregation, loss of good-time, and was passed for release from long-term segregation due to the pending D.R.

57. The disciplinary infractions alledged to have been committed by me whereaind written by Defendant Gadd were falsified in attempt to negate his own Defendant J. Patterson actions in sexually harassing me by strip-searching me 4 times (one immediately followed by another. Further as the DR hearing officer found I "attempted to squat all three times to the booth Queens".

58. The they D.R hearing officer found me not guilty on both alledged infractions" Due to "lack of prependerance of evidence" which was conducted on 11-28-2016.

59. The policy/procedure implemented at E.D.C.F requires inmates who are in Restrictive Housing to be shipped searched before they leave B-cellhouse and then once again immediately after they arrive at A&D to restrain...even though the inmate is in custody observation(and even having three loose grasped all the way to A&D) and then placed in a single man cell and never get any...nor is there any opportunity for a inmate to get any contraband.

60. I have been transported from other housing from N.C.F., L.C.F, E.D.C.F, & H.C.F's Restrictive housing units to other R.D.O.C. facilities during prison terms I've served in the past.

61. At each of the three facilities that I was transported from R.H.I. I was not required to be strip-searched, but once before being allowed to board the R.D.O.C. bus in the case of L.C.F. and H.C.F, or once before leaving assigned seg cell in the case of N.C.F.

62. Inmates at E.D.C.F. general general population are only strip searched once upon arriving at A&D before being allowed to board the R.D.O.C. bus for transport.

63. I.M.P.P 12-103D (III) (A) provides "strip searches of offenders shall be approved by the shift supervisor or higher authority and conducted by an officer trained and qualified in search procedures.

64. I.M.P.P 12-103D (III) provides "The offender shall be allowed to dress. as soon as possible, following the search.

65. K.A.R § 44-15-204 (II) (3) provides "inspection by a staff member, contractor, or volunteer" means an invasion of privacy of an inmate by staff for
invasion of privacy of an inmate by staff for

(13)

Persons unrelated to official duties, including peering at an inmate who is using the a toilet in the inmates cell to perform bodily functions; requesting an inmate to expose the inmate's buttocks, genitals, or breasts; or talking images of all or part of an inmates' naked body or of an inmate performing bodily functions.

66. K.A.R. 44-15-204(4) ~~states~~ (A-B) states: 'Sexual harassment' means either of the following: (A) Repeated and unwelcome sexual advances, request for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one inmate directed to another; OR (B) repeated verbal comments or gestures of a sexual nature to an inmate by a staff member, contractor, or volunteer, including demeaning references to gender, sexually suggestive or derogatory comments, or obscene language or gestures.

67. I am a straight heterosexual Jewish male it is disrespectful to my beliefs to be humiliated and demeaned in attempt to demasculize me by defendant Goad and Defendant C. Patterson(when they made homosexual advances, comments and actions while forcing me to submit to excessive strip-searches.

Further affiant saith not.

_____
Notary Public

(14)

5