Delon McCoy Jr #76894
P.O Box 311
Eldorado, KC 67042

The United States District Court
For The District of Kansas

Delon McCoy Jr., )
   Plaintiff, )
)
Vs. ) Case No. 17-CV-3139-JWB
)
James Heimgartner, et al., )
   Defendants )

To the Clerk of the Court:
Could you please provide me with a copy of all the sealed exhibits in case No. 17-CV-3139-JWB. Thank You!

respectfully,
Delon McCoy Jr