IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DERON McCOY, JR., )
 )
        Plaintiff, )
 )
v. ) Case No. 17-3139-JWB
 )
JAMES HEIMGARTNER, *et al.*, )
 )
        Defendants. )

## NOTICE AND ORDER TO SHOW CAUSE

To the Kansas Department of Corrections (KDOC) by and through their attorneys:

On July 13, 2018, plaintiff filed a Motion Requesting Court-Ordered Joint Protective Order, or in the Alternative, an Order Directing Production of Sealed Exhibits (ECF No. 35). Plaintiff, a *pro se* incarcerated litigant, asks the court to direct defendants to work with him to submit a jointly proposed protective order. Alternatively, plaintiff seeks production of sealed exhibits (ECF No. 21) to the *Martinez* report. There were no timely responses filed.

The sealed documents that plaintiff seeks were filed by the KDOC, and the KDOC is in the best position to respond to plaintiff's motion. Accordingly, the court orders the KDOC to show cause in writing to the magistrate judge by **August 10, 2018**, why plaintiff should not be served with copies of the sealed exhibits to the *Martinez* report—specifically, Exhibits C, F, H, and I. The KDOC shall address each exhibit separately and shall also explain whether these materials could be provided to plaintiff in redacted form.

Additionally, the KDOC's motion for leave to file these exhibits under seal did not address service (or lack thereof) on plaintiff. In the future, the KDOC must seek leave of the court if it wishes to file certain exhibits but not serve them on all parties.

**IT IS SO ORDERED.**

Dated August 3, 2018, at Topeka, Kansas.

                                                s/ K. Gary Sebelius
                                                K. Gary Sebelius
                                                U.S. Magistrate Judge