IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR # 76894 | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 17-CV-3139-SAC |
| v. | ) |
| | ) |
| JAMES HEIMGARTNER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## KDOC'S RESPONSE TO SHOW CAUSE ORDER
## AND MOTION FOR PROTECTIVE ORDER

**Overview**

Plaintiff DERON MCCOY JR #76894, is an inmate in the custody of the Kansas Department of Corrections who was housed at the El Dorado Correctional Facility (EDCF) at all relevant times related to the claims stated in the petition. The petition was screened by the Court and a "Martinez Report" ordered. The report was filed on March 27, 2018 with Exhibits C, F, H, and I filed under seal. As discussed below, Plaintiff should not be entitled to receive copies of certain exhibits to the Martinez Report. KDOC seeks a protective order prohibiting the disclosure of those documents to Plaintiff and in support thereof and in response to the Show Cause Order issued by the Court, offers the following:

1. Exhibit C to the Martinez Report filed under seal is EDCF's Cell House Post Orders for Cellhouse B. Post orders are staff read only and not available to the general public. They contain detailed information regarding security protocols. It would not be able to be redacted as the subject matter of the entire order is highly sensitive and confidential.

1

2. Exhibit F to the Martinez Report filed under seal is EDCF's Admissions & Discharge Security Staff Post Orders. Post orders are staff read only and not available to the general public. They contain detailed information regarding security protocols. It would not be able to be redacted as the subject matter of the entire order is highly sensitive and confidential.

3. Exhibit H is the log of the PREA complaint filed by Plaintiff. KDOC has no objection to sending a copy to Plaintiff and will deliver the same to him.

4. Exhibit I is Plaintiff's own medical records which exceed eight hundred pages and are stored electronically. To print these would cost an excessive amount and burden KDOC. Plaintiff can view these documents through the health care provider upon request. KDOC has no objection to Plaintiff viewing his own medical records, but cannot produce them in a medium that Plaintiff may possess while incarcerated, and without considerable cost. Alternatively, KDOC proposes it could make the records available for viewing electronically thru Plaintiff's Unit Team, but Plaintiff would be not allowed to retain the electronic disc as it would be considered contraband in his possession.

5. Exhibits filed under seal were not sent to the Plaintiff as it's counsel's understanding that sealed exhibits are not distributed to the inmate. This should have been reflected in the Certificate of Service but was an oversight on counsel's part.

**Argument and Authority**

The KDOC adamantly objects to producing confidential and highly sensitive documents relating to security protocols. The purpose of the Martinez report is an investigative tool to aid the court in screening offender claims. It was not designed to allow litigations to bypass or do an end run around normal discovery or to allow them to gain access to documents they would not normally be allowed to receive.

The tenth circuit has issued an opinion on this matter. Investigative reports function to facilitate the District Court screening process. Courts order the Martinez report, not to provide discovery but to aid in screening the complaint. *See Rachel v. Trout,* 820 F.3d 390, 396 (10th Cir. 2016). Allowing Plaintiff to obtain confidential security documents that neither he nor the general public can normally get is a misuse of process and should not be allowed.

**WHEREFORE**, KDOC as an interested party, requests a protective order prohibiting disclosure of Exhibits C and F to Plaintiff. KDOC will provide Plaintiff with a copy of Exhibit H. KDOC further requests approval to allow Plaintiff to view Exhibit I electronically and by arrangement through his Unit Team.

Respectfully submitted,

/s/ Joni Cole
Joni Cole, KBN 24798
1737 SE HWY 54
El Dorado, KS 67042
Tel: 316.322.2007
Joni.Cole@ks.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on 10th of August, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Attorney General's Office
Attn: Dennis Depew
120 S.W. 10th Ave.
Topeka, Kansas 66612-1597

Jeff Cowger
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, Kansas 66603

With a hard copy via intra-facility to:

Deron McCoy #76894
El Dorado Correctional Facility
PO Box 311
El Dorado, Kansas 67042

                                              /s/ Joni Cole