Delon McCoy JR #76894
P O Box 311
Eldorado, KS 67042

United States District Court
For the District of Kansas

Delon McCoy JR )
   Plaintiff )
)
v. )  Case # 17-CV-3139-JWB-KGS
)
James Heimgartner et al )
   Defendants )

To the Clerk of the Court:

   The Plaintiff has not received the memorandum of the court from 9/11/2018 DOC #48, and has also not received the sealed exhibits requested and ordered sent to the plaintiff. I request that the documents be sent to me ASAP. Thank you.

Respectfully submitted,
Delon McCoy JR