# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DERON MCCOY, JR # 76894** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. l7-CV-3139-SAC |
| v. | ) |
| | ) |
| **JAMES HEIMGARTNER,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## STATUS UPDATE BY INTERESTED PARTY KDOC REGARDING SEALED EXHIBITS AND PROTECTIVE ORDER

Interested party KDOC submits this status update to the Court concerning disclosure of certain sealed documents filed with the Court. KDOC's counsel had a phone conference with the Plaintiff on or about September 25, 2018 and believes issues related to the sealed exhibits have been resolved and in support thereof states the following:

1. Plaintiff was given a copy of sealed Exhibit H – PREA Report, to the "Martinez Report" on September 11, 2018. A copy of Plaintiff's confirmation of receipt is hereto attached as Exhibit 1.

2. Plaintiff was allowed to review Exhibit I-Medical Records on disc, and provided ample time and opportunity as confirmed by Exhibits 2 and 3. Plaintiff did not complete his three (3) hour minimum review by his own accord, indicating that he was awaiting other records and requested to complete his review of Exhibit I at a later date to which undersigned counsel does not object and has agreed to make the Exhibit I available again upon Plaintiff's request.

1

3. With regard to Exhibits C and F, the parties have conferred regarding the provisions to be included in a protective order which will be submitted to the Court with its Renewed Motion for Protective Order.

Respectfully submitted,

/s/ Joni Cole
Joni Cole, KBN 24798
1737 SE HWY 54
El Dorado, KS 67042
Tel: 316.322.2007
Joni.Cole@ks.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on 4th of October 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Attorney General's Office
Attn: Dennis Depew
Natasha Carter
120 S.W. 10th Ave.
Topeka, Kansas 66612-1597

Jeff Cowger
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, Kansas 66603

With a hard copy sent via intra-facility to:

Deron McCoy #76894
El Dorado Correctional Facility
PO Box 311
El Dorado, Kansas 67042

/s/ Joni Cole