**Exhibit 1**

**STATE OF KANSAS**



EL DORADO CORRECTIONAL FACILITY
P. O. BOX 311
EL DORADO, KS 67042
WARDEN PAUL SNYDER

PHONE: (316) 321-7284
FAX: (316) 322-2018
www.doc.ks.gov

GOVERNOR JEFF COLYER, M.D.
JOE NORWOOD, SECRETARY

September 11, 2018

McCoy, Deron #76894
EDCF A1-134
El Dorado, Kansas 67042

RE: Case No. 17-3139-JWB

McCoy, Deron #76894:

Attached to this letter you will find a copy of Exhibit H totaling 3 pages. A CD with your medical records will be provided to your Unit Team so they can set up time for you to view your medical records.

Please sign below to acknowledge receipt of these documents.

_____
McCoy, Deron #76894

Delivered By:
UTM _____   Date 9/13/18
EDCF Staff

VSL Mattie Bowers   Date 9/13/18
Witness