**Exhibit 2**

**STATE OF KANSAS**



EL DORADO CORRECTIONAL FACILITY
P. O. BOX 311
EL DORADO, KS 67042
WARDEN PAUL SNYDER

PHONE: (316) 321-7284
FAX: (316) 322-2018
www.doc.ks.gov

GOVERNOR JEFF COLYER, M.D.
JOE NORWOOD, SECRETARY

September 11, 2018

McCoy, Deron #76894
EDCF A1-134
El Dorado, Kansas 67042

RE: Case No. 17-3139-JWB

McCoy, Deron #76894:

A CD with your medical records is enclosed.  Your Unit Team will keep the CD as all times except when in use.  They will set up a minimum of three hours of time for you to view your medical records.

Please sign below to acknowledge receipt of these documents.

_____
McCoy, Deron #76894

Delivered By:

UTM _____          Date _9/13/18_____
EDCF Staff

_____          Date_____
Witness

McCoy, Deron tracking time viewing medical records

| Date | Start Time | End Time | McCoy sign | Unit Team Sign |
|------|-----------|----------|-----------|----------------|
| 9/13/18 | 12 55 pm | 1405 hrs | D. McCoy JF | UTM ___ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |