**Exhibit 3**

EL DORADO CORRECTIONAL FACILITY
P. O. BOX 311
EL DORADO, KS 67042
WARDEN PAUL SNYDER



PHONE: (316) 321-7284
FAX: (316) 322-2018
www.doc.ks.gov

GOVERNOR JEFF COLYER, M.D.
JOE NORWOOD, SECRETARY

September 25, 2018

McCoy, Deron #76894
EDCF A1-134

Re:
Case No.: 17-CV-3139-SAC

Dear Mr. McCoy,

As a follow up to our phone conversation this morning, I have enclosed a copy of the Memorandum and the Order filed on September 11, 2018 per your request.

I am also enclosing a copy of my motion for extension of time to file our "Renewed Motion for Protective Order." The Court gave me leave to refile my motion, but based on conversation today, I believe we have resolved the issues related to the sealed exhibits to the Martinez Report. As a courtesy, I request that you not object to this extension in order to give us time to Stipulate to a Protective Order that I have drafted based upon my understanding of our agreement today.

You confirmed for me that you have received a copy of Exhibit H, and thus this matter has been resolved.

In addition, you confirmed to me that you have received one hour of time to review Exhibit I on the computer. You had been offered additional time, but you indicated you were waiting to receive additional pages from your medical file which were not contained in Exhibit I, before you complete your review. We have no objection. However, the disk with Exhibit I has been made available to you, and thus, I also view this matter resolved. You will need to make arrangements through your Unit Team when you are ready to complete your review and it is your responsibility to procure any other records not included in the aforementioned Exhibit, but you wish to utilize.

Finally, with respect to Exhibits C and Exhibit F, we can allow you a reasonable amount of time (up to three hours) to review and take notes on these Exhibits, but you will not be allowed to keep copies. Prior to making these arrangements, we will need to Stipulate to a Protective Order for the Court to sign and approve. This order will govern the use and disclosure of confidential


documents in this cause. I have enclosed the Stipulated Proposed Order. If the document meets your approval, please sign the enclosed signature page and return it to me no later than Friday September 28, 2018. I have enclosed a second copy for you to retain. Once the court enters the order, I will send you an official file stamped copy.

Sincerely,

Joni Cole
EDCF Legal Counsel

Enclosures:

Memorandum and Order dated September 11, 2018
Motion for Extension of Time
Stipulated Protective Order (two copies)