IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR # 76894 | )<br>) |
| Plaintiff, | )<br>) Case No. 17-CV-3139-SAC |
| v. | )<br>) |
| JAMES HEIMGARTNER, *et al.*, | )<br>) |
| Defendants. | ) |

## MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Interested Party Kansas Department of Corrections (KDOC) by and through counsel, in support of their Motion for Protective Order, and pursuant to D. Kan. R. 7.1(a), submits this Memorandum in Support.

### I. Nature of Case and Matter Before the Court

Plaintiff Deron McCoy is an inmate in the custody of the Kansas Department of Corrections at the El Dorado Correctional Facility ("EDCF"), in El Dorado, Kansas. He brings this §1983 action alleging violations of his 4th and 8th Amendment rights to be free from cruel and unusual punishment. The Court screened the petition and as part of the screening process, ordered KDOC, as an interested party to prepare and file a "Martinez Report". KDOC filed that report on March 27, 2018. Since the report contained sensitive and confidential security documents, KDOC requested and received approval from the Court to file certain exhibits under seal. As part of KDOC's legal protocol, the documents, which had been filed under seal, were not sent to the Plaintiff. In retrospect, this may have been in error, without receiving prior court approval.

1

Since that time, Defendant's legal counsel has filed a Motion for Summary Judgment that references the documents filed under seal. Plaintiff has objected on the basis that he cannot respond to the "Motion for Summary Judgment" without access to said sealed exhibits. Defendants and KDOC assert the documents are confidential security documents covering security protocols. The disclosure would jeopardize the security of the facility by allowing access to incarcerated persons. The Court subsequently issued a show cause order to which KDOC responded. The Court ruled that Plaintiff have access to sealed Exhibits H and I, and gave KDOC leave to refile its "Motion for a Protective Order" regarding the remaining Exhibits C and F. The following issues have been discussed and resolved between the parties with regard to the exhibits filed under seal and a stipulated protective order has been agreed to by the parties.

**II.   Status Report**

Plaintiff was given a copy of sealed Exhibit I to the "Martinez Report" on September 11, 2018. A document confirming Plaintiff's receipt is included in the attachments to KDOC's "Status Report" (Doc. #53 filed October 4, 2018). Plaintiff was also allowed to review on disc, Exhibit I, confirmed by KDOC's "Status Report". (Doc. #53). Plaintiff chose not to complete his three (3) hour minimum review, indicating that he was awaiting other records and requested to complete his review of Exhibit I at a later date, to which undersigned counsel did not object and has agreed to make the Exhibit I available again upon Plaintiff's reasonable and timely request.

With regard to Exhibits C and F, the parties have conferred regarding the provisions to be included in a protective order and have signed and agreed to the provisions contained

2

therein, which is attached as Exhibit 1 to KDOC's "Renewed Motion for Protective Order", and will make those exhibits available to Plaintiff pursuant to the terms contained and agreed to therein upon approval of the Court.

### III. Stipulation of Protective Order

The parties have agreed that good cause exists for the Court to enter a protective order under Fed. R. Civ. P. 26(c), as Plaintiff, a pro se inmate, seeks access to information that is confidential in nature or that could jeopardize institutional security by disclosure. To protect against undue burden and threat to institutional security, the Defendant asks the Court to enter the Stipulated Protective Order limiting the use and dissemination of confidential information as described in the terms of the proposed "Protective Order" attached as Exhibit 1 to "Defendant's Motion for Protective Order." (DOC #54)

Respectfully submitted,

/s/ Joni Cole
Joni Cole, KBN 24798
1737 SE HWY 54
El Dorado, KS 67042
Tel: 316.322.2007
Joni.Cole@ks.gov

# CERTIFICATE OF SERVICE

I hereby certify that on 5th of October 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Attorney General's Office
Attn: Dennis Depew
Natasha Carter
120 S.W. 10th Ave.
Topeka, Kansas 66612-1597

Jeff Cowger
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, Kansas 66603

With a hard copy intra-facility to:

Deron McCoy #76894
El Dorado Correctional Facility
PO Box 311
El Dorado, Kansas 67042

/s/ Joni Cole