IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR # 76894 ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-CV-3139-SAC |
| v. ) | |
| ) | |
| JAMES HEIMGARTNER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## KANSAS DEPARTMENT OF CORRECTIONS RENEWED MOTION FOR PROTECTIVE ORDER

Interested Party Kansas Department of Corrections, by and through counsel respectfully requests that this Court enter a protective order pursuant to Fed. R. Civ. P. 26(c) to guard confidential documents the Plaintiff, a *pro se* inmate, seeks to obtain and Defendant may produce. In compliance with D. Kan. Rules 7.1 and 7.6, a memorandum in support is filed herewith. A proposed "Stipulated Protective Order" which has been reviewed, agreed to, and signed by the parties is attached to this Motion as Exhibit 1.

Respectfully submitted,
/s/ Joni Cole
Joni Cole, KBN 24798
1737 SE HWY 54
El Dorado, KS 67042
Tel: 316.322.2007
Joni.Cole@ks.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on 5th of October 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Attorney General's Office
Attn: Dennis Depew
Natasha Carter
120 S.W. 10th Ave.
Topeka, Kansas 66612-1597

Jeff Cowger
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, Kansas 66603

With a hard copy intra-facility to:

Deron McCoy #76894
El Dorado Correctional Facility
PO Box 311
El Dorado, Kansas 67042

/s/ Joni Cole