# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**DERON MCCOY, JR.,**

        Plaintiff,

v.                                        Case No: 17-3139-JWB-KGS

**JAMES HEIMGARTNER,**
**(fnu) GOAD,**
**(fnu) PATTERSON,**
**(fnu) CARRELL,**
**(fnu) RIDDLE,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Defendants' Motion to Dismiss, or in the alternative motion for summary judgment. (Doc. 25) is

GRANTED. Heimgartner's motion for summary judgment on the basis of qualified immunity is

granted. The remaining claims against Defendants in their official capacities are dismissed as

Plaintiff failed to show a constitutional violation on those claims.

| | |
|---|---|
|  January 7, 2019_____ <br>     Date | TIMOTHY M. O'BRIEN <br> CLERK OF THE DISTRICT COURT <br><br> by: \_\_\_s/ Joyce Roach_____ <br>       Deputy Clerk |