# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK OF COURT

INGRID A. CAMPBELL
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Topeka, Kansas

January 29, 2019

**SEE NOTICE OF ELECTRONIC FILING**

Pro Se Topeka or 2255 Appeal

Re: DeRon McCoy, Jr. vs. James Heimgartner, et al.
District Court Case No: 17-3139-JWB-KGS
Notice of Appeal filed by: DeRon McCoy, Jr.
Fee Status: Not Paid

    The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal & Copy of the Docket Sheet.

    If you have any questions, please contact the office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at 303.844.3157.

Sincerely,
TIMOTHY M. O'BRIEN
CLERK OF COURT

By: s/S. Nielsen-Davis
Deputy Clerk

cc: Clerk, U.S. Court of Appeals
    (Notice of Appeal, Docket Sheet & Preliminary Record)